UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WENDOLYN KIMMONS                                                                    PLAINTIFF

V.                                                          CIVIL ACTION NO. 3:12CV140 DPJ-FKB

DURHAM SCHOOL SERVICES                                                              DEFENDANT


ORDER TO SHOW CAUSE

This matter is before the Court for consideration of Defendant's Motion to Dismiss [6] filed July 19, 2012. To date, Plaintiff has neither responded nor requested additional time in which to respond.

Therefore, the Court orders that by September 14, 2012, Plaintiff shall either respond to the motion or advise the Court that he intends to confess the motion. Failure to timely respond to this order will result in an order granting the motion.

**SO ORDERED AND ADJUDGED** this the 31th day of August, 2012.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE